**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ANTONIO ZAPATA, | § | |
| Individually and as representative | § | |
| of the Estate of Arnold Jettun, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:07-CV-319 |
| *versus* | § | |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on May 31, 2007.  The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 21st day of February, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE